UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRIGITTE T. WARREN,

            Plaintiff,

   against

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV-2933 (CBA)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y:
★ JUL 1 8 2007 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on July 17, 2007, reversing the decision of the Social Security Administration; and remanding the case so that plaintiff's claim can be considered with proper application of the treating physician's rule, in light of the record of tests cited, and plaintiff's credibility properly reviewed, in light of the evidence referenced; it is

ORDERED and ADJUDGED that the decision of the Social Security Administration is reversed; and that the case is remanded so that plaintiff's claim can be considered with proper application of the treating physician's rule, in light of the record of tests cited, and plaintiff's credibility properly reviewed, in light of the evidence referenced.

Dated: Brooklyn, New York
       July 17, 2007

                                                  s/ RCH
                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court